# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

Kenneth S. Gardner, Bankruptcy Clerk

Date: **January 28, 2008**

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number: **02 B 48191**

**FILED**
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Name: **United Airlines, Inc**

Notice of Appeal Filed: **12/19/2007**

Appellant: **Peter Hoffman**

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| | | ☐ | Supplemental to the Record |
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ✓ | Designation | ☐ | Copy of Documents Designated |
| ✓ | Statement of Issues | ☐ | Exhibits |
| ☐ | Transcript of Proceeding | ☐ | Expedited Notice of Appeal |
| | | ✓ | Certified Copy of Docket Sheet |

Additional Items Included

✓ Appellee Designation of contents for inclusion in Record of appeal copy of docket via e-mail.

1 Total Volumes Transmitted

**08CV594**
**JUDGE DARRAH**
**MAG. JUDGE LEVIN**

The following items will be transmitted as a supplemental to the Record

☐ _____

Previous D C Judge: darrah/levin

Case Number: 03 C 2232

By Deputy Clerk: [signature]

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 S Dearborn

Chicago, IL 60604

Kenneth S. Gardner, Bankruptcy Clerk

To:
Peter Hoffman

| | |
|---|---|
| Date | January 14, 2008 |
| Case Number | 02 B 48191 |
| Case Name | United Airlines, Inc |
| Bankruptcy Judge | Eugene R. Wedoff |
| Notice of Appeal/Cross Appeal Filed | 12/19/07 |
| Appellant/Cross Appellant | Peter Hoffman |
| Designation Due Date | 1/2/2008 |
| Date of Telephone Contact | |

Dear Sir/Madam:

Pursuant to our phone conversation, please be advised, the Bankruptcy Court has received your **Notice of Appeal**.

☐ Designation of the Record on Appeal, Statement of Issues, and Record*

*The period provided by Bankruptcy Rule 8006 has elapsed and the Notice of Appeal will be transmitted to the District Court on: 1/28/2008

☐ The filing fee of $255 must be paid.

☐ Request For Copying Service

☑ Other    Please submitted a copy of the items included in the Record

cc:    Bankruptcy Judge & Attorney of Record

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|                        |                         |
|------------------------|-------------------------|
|                        | Chapter 11              |
| In re:                 | Case No. 02B48191       |
| *United Airlines, Inc.,* | **NOTICE OF APPEAL**  |
| Debtor                 | Hon E R. Wedoff         |

| Creditor:     | Case:    | Claim#: | Claim Date: | Claim Total:   |
|---------------|----------|---------|-------------|----------------|
| Peter Hoffman | 02-48210 | 345     | 2/6/03      | $2,250,000.00  |

Pursuant to Bankruptcy Rule 8002(a) Notice is hereby given that Peter Hoffman (Creditor/Claimant) hereby appeals to the District Court from the Bankruptcy Court's November 6, 2007 ruling on the Creditor's Motion for Reconsideration of the Court's Ruling on the Creditor's Motion to File Appeal Late (Docket No. 16889) and the Court's Ruling on the Creditor's Motion to File Appeal Late on September 11, 2007 (Docket No. 16846).

Dated: Upton, MA
December 18, 2007

Yours,

*Peter Hoffman*
Peter Hoffman
Creditor
42 Walnut Street
Upton, MA 01568
212-794-1000
Fax-794-1919

**08CV594
JUDGE DARRAH
MAG. JUDGE LEVIN**

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 1 9 2007
KENNETH S. GARDNER, CLERK
PS REP, - RD

PAID
DEC 1 9 2007
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
BY_____

## CORE GROUP SERVICE LIST

| | |
|---|---|
| Reorganized Debtors:<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn: John Lakosil<br>Phone: (847) 700-4462<br>Facsimile: (847) 700-4683 | Counsel to Reorganized Debtors:<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois 60601<br>Attn: James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>David R. Seligman<br>Erik W. Chalut<br>Phone: (312) 861-2000<br>Facsimile: (312) 861-2200 |
| Office of the United States Trustee:<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn: Stephen Wolfe<br>Phone: (312) 886-5785<br>Facsimile: (312) 886-5794 | Counsel to the Reorganized Debtors' debtor in possession lender (CIT Group):<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Robert J. Mrofka<br>Phone: (212) 756-2000<br>Facsimile: (212) 593-5955 |
| Counsel to the Reorganized Debtors' debtor in possession lender and exit lender (Citibank and JP Morgan):<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn: Richard S. Toder<br>Jay Teitelbaum<br>Phone: (212) 309-6000<br>Facsimile: (212) 309-6001 | Counsel to the Reorganized Debtors' debtor in possession lender and exit lender (Citibank and JP Morgan):<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn: Michael B. Solow<br>Phone: (312) 583-2300<br>Facsimile: (312) 583-2360 |
| Counsel to the Reorganized Debtors' debtor in possession lender and exit lender (General Electric Capital Corporation):<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Richard P. Krasnow<br>Scott E. Cohen<br>Phone: (212) 310-8000<br>Facsimile: (212) 310-8007 | Official Notice and Claims Agent:<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn: Tina Wheelon<br>Phone: (503) 277-7999<br>Facsimile: (503) 350-5230 |

C:\NrPortbl\LEGAL\DANDREWS\11070767_1.DOC

## AFFECTED PARTIES SERVICE LIST

William W. Kannel
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
T: (617) 348-1665
F: (617) 542-2241
wkannel@mintz.com

Ronald S. Beacher
Pitney Hardin LLP
7 Times Square
New York, NY
T: (212) 297-5800
F: (212) 682-3485
rbeacher@pitnethardin.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| **United Airlines, Inc.,** | Case No. |
| Debtor | Hon E. R. Wedoff |

| Creditor: | Case: | Claim#: | Claim Date: | Claim Total: |
|---|---|---|---|---|
| Peter Hoffman | 02-48210 | 345 | 2/6/03 | $2,250,000.00 |

Peter Hoffman, Pro-Se, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the following items for inclusion in the record on its' appeal from the Bankruptcy Court's November 6, 2007 ruling on the Creditor's Motion for Reconsideration of the Court's Ruling on the Creditor's Motion to File Appeal Late (Docket No. 16889) and the Court's Ruling on the Creditor's Motion to File Appeal Late on September 11, 2007 (Docket No. 16846) and submit my statement of issues to be presented on appeal.

### I.    Designation of Items to be Included in Record on Appeal

1. Order handed down by the Honorable Judge Eugene R. Wedoff on June 28, 2007, docketed July 2, 2007;

2. Motion for Reconsideration of Ruling handed down June 28, 2007;

3. Affidavit in Support for Reconsideration of the Court's June 28, 2007 Ruling;

4. United's Opposition To Peter Hoffman's Motion for Reconsideration;

5. Peter Hoffman's Reply Affidavit re: Court's June 28, 2007 ruling;

6. Order handed down by the Honorable Judge Eugene R. Wedoff dated June 28, 2007;

7. Order handed down by the Honorable Judge Eugene R. Wedoff dated July 31, 2007;

16966

8. Motion to File Appeal Late and Affidavit in Support;

9. United Response to Motion to File Appeal Late;

10. Hoffman Reply to United Response to Motion to File Appeal Late;

11. Order handed down by the Honorable Judge Pamela S. Hollis on September 11, 2007;

12. Hoffman Motion to Reconsider Ruling of September 11, 2007 and Affidavit in Support (Revised);

13. United Opposition to Motion to Reconsider;

14. Hoffman Reply Affidavit to Motion to Reconsider;

15. Order handed down by the Honorable Judge Eugene R. Wedoff on November 6, 2007.

II.   **Statement of Issues to be Presented on Appeal**

The issues to be presented on this appeal by Peter Hoffman are as follows:

1. Did the Bankruptcy Court err in finding that no good cause existed under Rule 9006 to allow Hoffman to file his appeal late.

Respectfully submitted,

Peter Hoffman
Creditor
42 Walnut Street
Upton, MA 01568
212-794-1000
Fax-794-1919

Dated: December 28, 2007

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

*United Airlines, Inc.,*

Debtor

Chapter 11

Case No. 02B48191

**CERTIFICATE OF SERVICE**

Hon E R. Wedoff
Hearing on: December 18, 2007

| Creditor: | Case: | Claim#: | Claim Date: | Claim Total: |
|---|---|---|---|---|
| Peter Hoffman | 02-48210 | 345 | 2/6/03 | $2,250,000.00 |

I, Peter Hoffman, certify that on the December 28, 2007, I caused to be served by email (as shown below) the attached true and correct copy of the foregoing Designation of Items to be Included in Record on Appeal and Statement of Issues to be Presented on Appeal, Dated December 28, 2007 on the party listed below:

Dated: Upton, MA
December 28, 2007

Peter Hoffman
42 Walnut Street
Upton, MA 01568
212-794-1000

To: Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6500
Chicago, Illinois 60601
Attn: Mike Slade (mslade@kirkland.com)

# PETER HOFFMAN

42 Walnut Street • Upton, MA 01568 • 212-794-1000 (Voice) • 212-794-1919 (Fax)
peter@subtleinvestigations.com

December 28th, 2007

United States Bankruptcy Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Attn: Clerk of the Court

Via: FedEx

Re: Case No.:           02-B-48191
    Debtor:             UAL Corporation
    Creditor:           Peter Hoffman
    Claim#:             345
    Related to Docket #:
    Hearing date:

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 0 3 2008
KENNETH S. GARDNER, CLERK
PS REP. - SJ*

Dear Sir/Maam:

In connection with the above referenced matter, enclosed please find the below referenced for filing. Please forward and docket as appropriate.

Respectfully submitted,

Peter Hoffman
Pro-Se

Enc: Designation of Items to be Included in Record on Appeal and Statement of issues to be Presented on Appeal

Certificate of Service

O:\Subtle Data\Public\Pete\UNITED\Bankruptcy\9 Motion for leave to to extend time to appeal 3\Ltr to clerk re filing Designation 12-07.doc