# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 594 | **DATE** | 6/26/08 |
| **CASE TITLE** | In re: United Airlines, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is granted an extension to 8/15/08 to file a consolidated brief in 07-C-5612 and 08-C-594. Final extension. Status hearing set for 9/25/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-00594   Document 8   Filed 06/26/2008   Page 1 of 1